RECEIVED

FEB 09 2012

TONY R. MOORE, CLERK
BY _____ BW
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICIA WILLIAMS | CIVIL ACTION NO. 10-cv-1670 |
| VERSUS | JUDGE STAGG |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCE CENTER, ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Joseph Miciotto's **Motion to Dismiss (Doc. 22)** is **granted in part** by dismissing any claim for hostile work environment and **denied** in all other respects.

**IT IS FURTHER ORDERED** that Plaintiff file a motion for leave to amend her complaint within **14 days from the date of this order**, along with an amended complaint that contains the additional allegations of fact set forth in her memorandum.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___9th___ day of ___February___, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE